

4/7/08

5:08-0251

Honorable R. Clarke VanDervort
United States Magistrate Judge
United States District Court
Post Office Box 4190
Bluefield, WVa. 24701

Dear Judge VanDervort,

    I am writing this letter to ask if you could please assist me. On 12/10/07, I was accused of assaulting a Correctional Officer. Since that time I have been confined to this facility's Special Housing Unit. Over the past four months I have been the target of nearly nonstop harassment and abuse by the Officers of this facility.

    I spoke to my court appointed counsel, George H. Lancaster, Jr., about this when he visited me on 4/1/08. I tried my upmost to emphasize to him how dangerous of an environment this has become for me.

    I've attempted the regular administrative remedies concerning these matters, but it has done me no good. In fact, it has only served to make things worse. I have also written letters to the Northern District Chief Judge Irene Keeley, the Mid Atlantic Regional Director, and my former counsel Brian J. Kornbrath, regarding these problems.

    On numerous occasions correctional officers

have threatened me with physical assault; deprived me of light, sleep, heat, hygiene items, water, and access to legal aid. Officers have threatened to, and insinuated that my food is tampered with; kicked my cell door whenever they walk past; interrogated and harassed me in the presence of other inmates, among other things.

    Your Honor, I'm begging you to please place me in a Regional Jail, or have me transferred to another prison within the FBOP if it is within your power. Any assistance you could provide would be sincerely appreciated, and I thank you for your time.

Most Respectfully,

Matthew J. Biafore

Matthew J. Biafore
Reg. # 05485-087
FCI - Beckley
PO Box 350
Beaver, WV 25813

Name: Matthew Bieforse
Reg #: 05485-087
Federal Correctional Institution–Beckley
P.O. Box 350
Beaver, WV 25813

Legal Mail

CHARLESTON WV 253
08 APR 2008 PM 1 T

"LET US DARE TO READ,
THINK, SPEAK A[...]
John Adams, 17[...]

24701319950 B052

Honorable R. Clarke VanDervort
U.S. Magistrate Judge
U.S. District Court
PO Box 4190
Bluefield, WVa. 24701

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
P.O. BOX 1280
BEAVER, WV 25813

DATE 4/7/08

THIS LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS- DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

U.S. MAGISTRATES OFFICE
APR 09 2008