IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MATTHEW BIAFORE,

        Plaintiff,

v.                          CIVIL ACTION NO. 5:08-cv-00251

FCI BECKLEY,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying *Memorandum Opinion and Order Adopting Proposed Findings and Recommendation*, the Court **ORDERS** that this action be **DISMISSED** with prejudice and stricken from the docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:        July 11, 2011

*[Signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA